IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00005-WJM-BNB

CAROLYN DEDMON,

Plaintiff,

v.

CONTINENTAL AIRLINES, ICN.,
UNITED AIR LINES, INC., and
UNITED CONTINENTAL HOLDINGS, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 23, filed July 29, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
> The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 11, 2013**;

> The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 9, 2013**;

> The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 13, 2013**;

| | |
|---|---|
| Fact Discovery Cut-off: | **December 11, 2013;** |
| Expert Discovery Cut-off: | **January 11, 2014;** |
| Dispositive Motion Deadline: | **January 11, 2014**. |

   IT IS FURTHER ORDERED that the Pretrial Conference set for November 21, 2013, is **vacated and reset to February 21, 2014, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **February 14, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 1, 2013