IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00005-WJM-BNB

CAROLYN DEDMON,

Plaintiff,

v.

CONTINENTAL AIRLINES, ICN.,
UNITED AIR LINES, INC., and
UNITED CONTINENTAL HOLDINGS, INC.,

Defendants.

_____

**ORDER**
_____

This matter arises on the parties' **Joint Motion to Modify Scheduling Order** [Doc. # 26,

filed 10/28/2013] (the "Motion").  I held a hearing on the Motion this morning and made rulings

on the record, which are incorporated here.  As I mentioned during the hearing, I do not intend to

extend the schedule again based on difficulties in obtaining medical records through the use of

release forms.  If the parties encounter further delays in obtaining medical records, they should

proceed to subpoena the records and, if the records are not forthcoming in response to the

subpoena, file a motion to compel compliance.

IT IS ORDERED:

(1)     The Motion [Doc. # 26] is GRANTED; and

(2)     The case schedule is modified to the following extent:

    (a)     Expert Witness Disclosures:

        • The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 20, 2014;

        • The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 18, 2014;

        • The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 17, 2014;

    (b)     Discovery Cut-off:                April 15, 2014;

    (c)     Dispositive Motion Deadline:        April 15, 2014;

    (d)     The Pretrial Conference set for February 21, 2014, at 10:00 a.m., is VACATED and RESET to May 22, 2014, at 9:00 a.m., in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before May 15, 2014.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

Dated November 19, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge