IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-0005-WJM-BNB | Date: | April 3, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CAROLYN DEDMON<br>**Plaintiff(s)** | *Christopher Kevin Gilbert* |
| v. | |
| CONTINENTAL AIRLINES, INC.<br>UNITED AIR LINES, INC.<br>UNITED CONTINENTAL HOLDINGS, INC.<br>**Defendant(s)** | *Brian Timothy Maye*<br>*Thomas Eilif MillerWerge* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  8:56 a.m.

Appearance of counsel.

Argument presented on Plaintiff's Motion to Modify Scheduling Order [39] filed on March 18, 2014.

For reasons stated on the record, it is

**ORDERED:  Plaintiff's Motion to Modify Scheduling Order [39] is GRANTED.**

Discovery cut-off is extended to July 14, 2014.

Dispositive motion deadline is extended to July 14, 2014.

The Final Pretrial Conference currently set for May 22, 2014 is VACATED and reset to September 30, 2014, at 9:00 a.m. in Courtroom A-401 before Judge Boyd N. Boland.  The final proposed pretrial order is due on or before September 23, 2014.

Argument presented on Plaintiff's Motion to Compel Response to Plaintiff's Subpoena *Duces Tecum* to Jeffrey Sabin, M.D. [36].

For reasons stated on the record, it is

**ORDERED:   Plaintiff's Motion to Compel Response to Plaintiff's Subpoena *Duces Tecum* to Jeffrey Sabin, M.D. [36] is DENIED.**

Court in Recess:  9:39 a.m.     Hearing concluded.     Total time in Court:  00:43

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119