IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00005-WJM-BNB

CAROLYN DEDMON,

Plaintiff,

v.

CONTINENTAL AIRLINES, ICN.,
UNITED AIR LINES, INC., and
UNITED CONTINENTAL HOLDINGS, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's Motion to Compel Response to Plaintiff's Subpoena *Duces Tecum* to Jeffrey Sabin, M.D.** [Doc. # 36, filed 3/13/2014] (the "Motion to Compel"); and

(2) **Plaintiff's Motion to Modify Scheduling Order** [Doc. # 39, filed 3/18/2014] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 36] is DENIED.

(2) The Motion for Extension [Doc. # 39] is GRANTED, and the case schedule is modified to the following extent:

      Discovery Cut-Off:          July 14, 2014

      Dispositive Motions Deadline:    July 14, 2014

Final Pretrial Conference: The final pretrial conference set for May 22, 2014, at 9:00 a.m., is VACATED and RESET to September 30, 2014, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than September 23, 2014.

(3)    No further extensions of the schedule will be allowed.

Dated April 3, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge