IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-0005-WJM-NYW | Date: | February 26, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Attorney(s)* |
|---|---|
| CAROLYN DEDMON, | *Christopher Kevin Gilbert* |
| **Plaintiff,** | |
| v. | |
| CONTINENTAL AIRLINES, INC., | *Brian Timothy Maye* |
| UNITED AIR LINES, INC., | *Thomas Eilif MillerWerge* |
| UNITED CONTINENTAL HOLDINGS, INC., | |
| **Defendants.** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 1:30 p.m.

Appearance of counsel.

Argument presented on Defendants' Motion to Strike Plaintiff's Expert Disclosures [62] filed on November 13, 2014.

For reasons stated on the record, it is

**ORDERED: Defendants' Motion to Strike Plaintiff's Expert Disclosures [62] is TAKEN UNDER ADVISEMENT.**

**ORDERED: Plaintiff shall file a revised exhibit list on or before March 2, 2015.**

Court in Recess:  2:14 p.m.    Hearing concluded.    Total time in Court:  00:44

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.