# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-0005-WJM-NYW

CAROLYN DEDMON,

Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,
UNITED AIR LINES, INC., and
UNITED CONTINENTAL HOLDINGS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendants Continental Airlines, Inc., United Airlines, Inc., and United Continental Holdings, Inc.'s (collectively, "Defendants") Motion to Enforce the Scheduling Order and Quash Plaintiff's Subpoena *Duces Tecum* [#82], filed March 16, 2015 (the "Motion"). This Motion is before the court pursuant to the Order of reference date January 9, 2013 [#10] and the memorandum dated March 17, 2015 [#83].

      Having reviewed Defendants' Motion, **IT IS ORDERED** that Plaintiff Carolyn Dedmon is to file her opposition thereto (if any) no later than **March 30, 2015**. Further, **IT IS ORDERED** that Defendants shall not file a reply without prior leave of court.

DATED March 17, 2015