**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00005-WJM-NYW

CAROLYN DEDMON

Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,
UNITED AIR LINES, INC., and
UNITED CONTINENTAL HOLDINGS, INC.

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on Defendants Continental Airlines, Inc. ("Continental"), United Airlines, Inc. ("United") and United Continental Holdings, Inc. ("UCH") (collectively "Defendants") Motion for Leave to File a Reply in Support of Motion for Order to Deem Admitted Unanswered Requests for Admissions, filed on June 30, 2015 [#104], and Defendants' Motion for Leave to File a Reply in Support of Motion to Strike Plaintiff's Sixth and Seventh Supplemental Disclosures, filed on June 30, 2015 [#106] (collectively, the "Motions"). Pursuant to the Memorandum dated June 30, 2015 [#108], the Motions are before this Magistrate Judge.

The court reminds the Parties of their presumptive duty under the Local Rules to meet-and-confer in advance of the filing of a motion, and to include sufficient description and/or certification of same. D.C.COLO.LCivR 7.1. The court is at present unable to ascertain whether Defendants sought to comply with D.C.COLO.LCivR 7.1, or are excused from compliance as to the Motions at issue. Accordingly, IT IS ORDERED that the Motions are DENIED WITHOUT PREJUDICE.

DATED: July 1, 2015