**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00005-WJM-NYW

CAROLYN DEDMON,
Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,
UNITED AIR LINES, INC., and
UNITED CONTINENTAL HOLDINGS, INC.

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendants Continental Airlines, Inc. ("Continental"), United Airlines, Inc. ("United") and United Continental Holdings, Inc. ("UCH") (collectively "Defendants") Motion for Leave to File a Reply in Support of Motion for Order to Deem Admitted Unanswered Requests for Admissions, filed on July 2, 2015 [#109], and Defendants' Motion for Leave to File a Reply in Support of Motion to Strike Plaintiff's Sixth and Seventh Supplemental Disclosures, filed on July 2, 2015 [#110] (collectively, the "Motions"). Pursuant to the Memorandum dated July 6, 2015 [#112], the Motions are before this Magistrate Judge.

      IT IS ORDERED that the Motions are GRANTED. Accordingly, IT IS ORDERED that Defendants may have up to and including **July 17, 2015** to file reply briefs in support of their Motion for Order to Deem Admitted Unanswered Requests for Admissions and Motion to Strike Plaintiff's Sixth and Seventh Supplemental Disclosures. The court will entertain oral argument on the underlying motions on **July 31, 2015 at 2:00 p.m.**

DATED: July 7, 2015