IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-0005-WJM-NYW | Date: | July 31, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| CAROLYN DEDMON, | *Christopher Gilbert* |
| **Plaintiff,** | |
| v. | |
| CONTINENTAL AIRLINES, INC., | *Brian Maye* |
| UNITED AIR LINES, INC., and | *Thomas Werge* |
| UNITED CONTINENTAL HOLDINGS, INC., | |
| **Defendants.** | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**

**2:01 p.m.     Court in session.**

Appearances of counsel.

Also present and seated at counsel table, Jeanine Beyer, paralegal for Mr. Gilbert.

Discussion and argument regarding admitting requests for admission 1 through 21.

**ORDERED: Defendants' Motion to Deem Admitted Unanswered Requests for Admission [93] is TAKEN UNDER ADVISEMENT.**

Discussion and argument regarding Plaintiff's claim for damages with respect to medical expenses.

**ORDERED: Defendants' Motion to Strike Plaintiff's Sixth and Seventh Supplemental Disclosures [92] is TAKEN UNDER ADVISEMENT.**

**2:28 p.m.     Court in recess.**

Hearing concluded.
Total time in Court:  00:27

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.